**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 23-30035-SPM |
| ) | |
| EARL FRANK, ) | |
| CHONTELL REYNOLDS, ) | Title 21, United States Code, Sections 846 |
| JEFFERY NEELY, ) | 841(a)(1), 841(b)(1)(A)(ii)(II), |
| DERECK TURNAGE, ) | 841(b)(1)(A)(vi), 841(b)(1)(A)(viii), |
| DAVID ALLEN DAY, ) | 841(b)(1)(B)(vi), and 841(b)(1)(C) |
| DWAYNE KIMMINS, ) | |
| CHARLES RICHARD EVANS, ) | |
| MICHAEL PENNEL, ) | Title 18, United States Code, |
| SHANNON GUYTON, ) | Sections 1952(a)(1), 1952(a)(3), 1952(b), |
| KIMBERLY HOSKINS, and ) | 1956(a)(1)(B)(i), and 1956(h) |
| AUNDRE VAUGHN ) | |
| ) | |
| Defendants. ) | |

**FILED**

**MAR 2 4 2023**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

<u>INDICTMENT</u>

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES: METHAMPHETAMINE, FENTANYL, AND COCAINE

Beginning on or about January 2, 2020, and continuing until on or about June 20, 2021, in St. Clair County, within the Southern District of Illinois, and elsewhere,

**EARL FRANK, CHONTELL REYNOLDS, JEFFERY NEELY, DERECK TURNAGE, DAVID ALLEN DAY, DWAYNE KIMMINS, CHARLES RICHARD EVANS, MICHAEL PENNEL, SHANNON GUYTON, KIMBERLY HOSKINS, and AUNDRE VAUGHN**

defendants herein, did conspire and agree together and with others, known and unknown to the Grand Jury, to knowingly and intentionally distribute controlled substances, to wit: methamphetamine, a Schedule II Controlled Substance; a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, in the form commonly known as fentanyl, Schedule II Controlled Substance; a mixture or substance

containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the total amount of methamphetamine involved in the conspiracy, which was reasonably foreseeable to **EARL FRANK, CHONTELL REYNOLDS, JEFFERY NEELY, DERECK TURNAGE, DAVID ALLEN DAY, DWAYNE KIMMINS, MICHAEL PENNEL, CHARLES RICHARD EVANS, and AUNDRE VAUGHN**, was 50 grams or more, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A)(viii).

It is further alleged that the total amount of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, in the form commonly known as fentanyl, involved in the conspiracy, which was reasonably foreseeable to **EARL FRANK, CHONTELL REYNOLDS, JEFFERY NEELY, DERECK TURNAGE, DAVID ALLEN DAY, DWAYNE KIMMINS, MICHAEL PENNEL, CHARLES RICHARD EVANS, and AUNDRE VAUGHN**, was 400 grams or more, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A)(vi).

It is further alleged that the total amount of a mixture or substance containing a detectable amount of cocaine involved in the conspiracy, which was reasonably foreseeable to **EARL FRANK, CHONTELL REYNOLDS, JEFFERY NEELY, DERECK TURNAGE, DAVID ALLEN DAY, DWAYNE KIMMINS, MICHAEL PENNEL, CHARLES RICHARD EVANS, and AUNDRE VAUGHN**, was 5 kilograms or more, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A)(ii)(II).

## COUNT 2
### DISTRIBUTION OF CONTROLLED SUBSTANCE: METHAMPHETAMINE

On or about April 13, 2021, in St. Clair County, within the Southern District of Illinois,

**EARL FRANK,**

Defendant herein, did knowingly and intentionally distribute a controlled substance, to wit: Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the total amount of methamphetamine involved was 50 grams or more, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 3
### DISTRIBUTION OF CONTROLLED SUBSTANCE: METHAMPHETAMINE

On or about March 19, 2021, in Madison County, within the Southern District of Illinois,

**CHONTELL REYNOLDS,**

Defendant herein, did knowingly and intentionally distribute a controlled substance, to wit: Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the total amount of methamphetamine involved was 50 grams or more, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 4
### DISTRIBUTION OF CONTROLLED SUBSTANCE: FENTANYL

On or about March 17, 2022, in St. Clair County, within the Southern District of Illinois,

**AUNDRE VAUGHN,**

Defendant herein, did knowingly and intentionally distribute a controlled substance, to wit: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, in the form commonly known as fentanyl, Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the total amount of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, in the form commonly

known as fentanyl, involved was 40 grams or more, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(B)(vi).

## COUNT 5
### MONEY LAUNDERING CONSPIRACY

Beginning on or around April 26, 2021, and continuing until on or about May 9, 2021, in St. Clair County, within the Southern District of Illinois, and elsewhere,

**EARL FRANK, MICHAEL PENNEL, and KIMBERLY HOSKINS**

defendants herein, did conspire and agree together and with others, known and unknown to the Grand Jury, to commit certain offenses: conduct and attempt to conduct a financial transaction affecting interstate commerce that involved the proceeds of a specified unlawful activity, to wit: distribution of controlled substances, knowing the transaction was designed in whole or in part to disguise the nature, location, source, ownership, or control of the proceeds of the specified unlawful activity and that while conducting or attempting to conduct such financial transaction knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); all in violation of Title 18, United States Code, Section 1956(h).

## COUNT 6
### MONEY LAUNDERING CONSPIRACY

Beginning on or around April 22, 2021, and continuing until on or about April 28, 2021, in St. Clair County, within the Southern District of Illinois, and elsewhere,

**EARL FRANK,**

defendant herein, did conspire and agree with unindicted individuals and others, known and unknown to the Grand Jury, to commit certain offenses: conduct and attempt to conduct a financial transaction affecting interstate commerce that involved the proceeds of a specified unlawful activity, to wit: distribution of controlled substances, knowing the transaction was designed in whole or in part to disguise the nature, location, source, ownership, or control of the proceeds of

the specified unlawful activity and that while conducting or attempting to conduct such financial transaction knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); all in violation of Title 18, United States Code, Section 1956(h).

### COUNT 7
### TRANSPORTATION IN AID OF RACKETEERING ENTERPRISE

On or about April 14, 2021, in St. Clair County, within the Southern District of Illinois and elsewhere,

**SHANNON GUYTON,**

defendant herein, traveled in interstate commerce from the State of Illinois to the State of Missouri, with the intent to distribute the proceeds of an unlawful activity, and with the intent to otherwise promote, manage, and carry on an unlawful activity, namely a business enterprise involving distribution of controlled substances, and thereafter performed and attempted to perform an act to distribute the proceeds of such unlawful activity and to otherwise promote, manage, and carry on the unlawful activity; all in violation of Title 18, United States Code, Section 1952(a)(1), 1952(a)(3), and 1952(b).

KARELIA S. RAJAGOPAL
Assistant United States Attorney

RACHELLE AUD CROWE
United States Attorney

Recommended Bond:

DETENTION: Earl Frank, Chontell Reynolds, Jeffery Neely, Dereck Turnage, David Allen Day, Dwayne Kimmins, Charles Richard Evans, Michael Pennel, Shannon Guyton, and Aundre Vaughn

BOND: Kimberly Hoskins, Shannon Guyton