IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

[ ] Benton   [X] East St. Louis

[X] Initial Appearance   [X] Arraignment   [ ] Detention Hearing

**CRIMINAL NO. 23-cr-30035-10 SPM**   **DATE**: April 24, 2023
U.S.A. vs. Kimberly Hoskins   **JUDGE**: Gilbert C. Sison
[X] Present   [ ] Custody   [X] Bond   **DEPUTY**: Catina Simpson
**DEFT. COUNSEL:** Atty Andrew Sotille   **REPORTER:** LIBERTY RECORDING
[X] Present   [X] Apptd.   [ ] Retained   [ ] Waived
**GOVT. COUNSEL**: AUSA Karelia Rajagopal   **Start Time**:   1:30 pm
**End Time:**   2:00 pm

[X] Defendant appears in open Court with Counsel.
[X] CJA Panel Attorney appointed to represent Defendant.
[X] Defendant waives reading of Indictment.
[X] Defendant advised of constitutional rights.
[X] Defendant advised of charges and penalties.
[X] A Plea of <u>Not Guilty</u> as to all Counts in the Indictment is entered on behalf of Defendant.
[X] Order for Pretrial Discovery and Inspection will be entered.
[X] The bail report is adopted.
[X] Defendant is released on bond.
[X] Final Pretrial Conference scheduled for 6/20/2023 at 9:00 am and Jury Trial is set for 6/27/2023 at 9:00 am before United States District Judge Stephen P. McGlynn in East St. Louis Courthouse.